UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David J. Kral,                                                                Civil No. 08-247 (DWF/FLN)

          Plaintiff,

v.                                                                                                **ORDER**

U. S. Marshal Al Garber; United States
Marshal, being sued in both official and
personal capacity; Chief, him/herself - present
name unknown, being sued in both
official and personal capacity; Ericka
Mozangue, Assistant United States Attorney,
being sued in both official and personal
capacity; and Unknown Marshal,

          Defendants.

---

David J. Kral, *Pro Se*, Plaintiff.

---

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 10, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and the case closed.

Dated: March 28, 2008          s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         Judge of United States District Court